

FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

OCT 0 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

---

The Honorable James A. Manley, Judge of the District Court for the Twentieth Judicial District of the State of Montana, has requested the assistance of retired District Judge Karen Townsend to assume jurisdiction of Lake County Cause No. DV 20-109, *Briney, et al. v. Presbyterian Church, et al.*

Judge Townsend has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that she is agreeable to assisting the Twentieth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Karen Townsend, retired District Judge, is hereby called to active service in the District Court of the Twentieth Judicial District of the State of Montana, to assume judicial authority of Lake County Cause No. DV 20-109, *Briney, et al. v. Presbyterian Church, et al.*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Townsend shall be paid the salary compensation to which she is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Lake County, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to the Honorable James A. Manley, the Honorable Karen Townsend, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this _7th_ day of October, 2020.

_____
Chief Justice